IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 03 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Larry Bobo
_____
(Print your full name)

      Plaintiff *pro se*,

v.

LHC Group, Inc    dba
_____

Halcyon Hospice
_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

      Defendant(s).

CIVIL ACTION FILE NO.

__1:22-CV-1743__

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    __X__    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

              **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

__X__        Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

>   **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____        Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

>   **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____        Other (describe) _____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name    Larry Bobo

   Address    PO Box 722

   Milton, GA 30009

4. Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

   Name    LHC Group, Inc

   Address    901 Hugh Wallis Road South, LaFayette, LA 70508

   Name    _____

   Address    _____

   Name    _____

   Address    _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   2000 Riveredge Pkwy, #940, Atlanta, GA 30328

6.  When did the alleged discrimination occur? (State date or time period)

    January 5, 2022

    February 9, 2022

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   __X__ Yes   ____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    __X__ Yes   ____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: __3/18/2022__

9.  If you are suing for **age discrimination**, check one of the following:

    _____   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    __X__    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes      \_\_\_\_ No      _X_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes      \_\_\_\_ No      _X_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____   failure to hire me
    _____   failure to promote me
    _____   demotion
    _____   reduction in my wages
    __X__   working under terms and conditions of employment that differed from similarly situated employees
    __X__   harassment
    __X__   retaliation
    __X__   termination of my employment
    _____   failure to accommodate my disability
    _____   other (please specify) _____

    _____

13. I believe that I was discriminated against because of (check only those that apply):

    __X__   my race or color, which is __African American__
    _____   my religion, which is _____
    __X__   my sex (gender), which is   __X__ male   _____ female
    _____   my national origin, which is _____
    __X__   my age (my date of birth is __8/2/1965__)
    _____   my disability or perceived disability, which is:

    _____

    _____   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____   other (please specify) _____

    _____

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Exhibit - A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  \_\_\_\_\_   still works for defendant(s)
    \_\_X\_\_   no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  \_\_\_\_\_ Yes   \_\_\_\_\_ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  \_\_X\_\_ Yes   \_\_\_\_\_ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

\_\_X\_\_   Defendant(s) be directed to  Diversity Sensitivity Training as part of their annual required course training.

\_\_X\_\_   Money damages (list amounts)  $1,784,362.23

\_\_X\_\_   Costs and fees involved in litigating this case

\_\_X\_\_   Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _____ day of _____, 20_____

_____
(Signature of plaintiff *pro se*)

_Larry Bobo_____
(Printed name of plaintiff *pro se*)

_316 Harmony Court_____
(street address)

_Alpharetta, GA 30004_____
(City, State, and zip code)

_thereallarrybobo@gmail.com_
(email address)

_678-508-9877_____
(telephone number)

# Exhibit – A

February 18, 2022

I was hired on July 27, 2020 by Halcyon Hospice which is owned by LHC Group. I was hired as an Account Executive. During my time as an Account Executive I did not have all necessary resources at my disposal to do my job affectively. Medicare requires every hospice company provide multiple levels of care for the patients they service including, a Volunteer, a Social Worker, A CNA, A Nurse, General Inpatient service or GIP and Respite service. We have not been able to consistently offer respite care and never have been able to offer GIP while I was employed there.

Offering GIP would consist of having a contract in place with local Skilled Nursing Facilities, Hospitals or Inpatient facilities, of which we have none. Furthermore I was unable to secure business from local Hospitals consistently, as I did with a previous employer(also a Hospice provider), specifically Emory Hospitals, in my territory due to an incident where Halcyon Hospice breached a contract with Emory Hospital prior to my arriving.

Due to that breach of contract with Emory, Halcyon Hospice's reputation in Atlanta was tarnished making it nearly impossible to secure contracts with other Hospitals and even Skilled Nursing Facilities in order to secure business from them and provide GIP within their facility for patients already on service or potential patients.

During my 19 months there we were also consistently having staffing issues and were unable to keep CNA's or Nurses for very long and at one point in the spring of 2021, I was told not to bring in any new business because we did not have the staffing to support it. This went on for approximately two weeks before the freeze on new business was lifted. While the freeze was lifted, we continued to struggle and have staffing issues for the rest of 2021 and even up until the present.

On January 3, 2022, some of the management team from Heart of Hospice, a company also owned by LHC Group, began managing the Georgia offices and the old management structure completely changed. On January 5, 2022 I met with John Bell and my co-worker, a fellow Account Executive in the Atlanta office. During that meeting John introduced himself and then proceeded to talk and walk around the conference room as if he were emulating an African American with his altered speech/dialect and body english and hand gestures making me and my co-worker feel violated, devalued and discriminated against.

Also, during that meeting John Bell expressed to us that based on the conditions in the preceding paragraphs, no one could possibly be expected to succeed. He went on to say that changes were necessary moving forward and that he himself would lead that change. Some of these changes included changing the name of the business from Halcyon Hospice to Heart of Hospice and securing contracts locally with facilities to include Skilled Nursing Facilities and Hospitals. He said that Jules, his superior,

had relationships with members in the local hospitals and that it would not be a problem getting things going again.

On January 31, 2022 I asked John Bell in our group text thread if he had any update on the promises he had made back on January 5, 2022 as to the changes he was going to make in support of the Atlanta office. I specifically said, "I keep getting IPU requests from my Emory's, anything else on getting a contract or the Halcyon name change we talked about? ...That will probably help a great deal", his response was, "Yes sir...working it. Ask for the home admits!"

A week later on February 7, 2022 I was placed on a performance improvement plan, better known as a CAP, for not making my goal in January 2022. The CAP was asking for me to make a goal of 6 patient admits in 8 days by February 15 and 4 more for a total of 10 by February 28, 2022. An impossible goal due to the fact that no one has been able to hit their goals consistently in the Atlanta Market since I've been there over the last 19 months. I was not able to even consistently reach 5 or 6 each month due to the lack of resources by the company and its non-compliance. So to ask for those numbers in a three week period was literally impossible and even my direct manager, Chevelle Donkor-Beckett, the Area Sales Director, even said this was the case and it was unfair in a conversation with, John Bell, the Regional Vice President, and he ignored her.

So on February 7, 2022 after being placed on a CAP, I asked the same question I asked in the text to the group on January 31, 2022 but in detail to the same individuals in the email thread this time only because it was too much to place in a text. I sent it to the same group because I had sent it before to the text thread and it wasn't a problem then so why should it be the second time and since we are all affected by these changes, it would then be appropriate.

The email read as follows:

> *"John, did I hear you correctly when you said you prefer for us to be open and honest and not to expect retaliation for speaking our minds?*
>
> *No one was more excited about anticipated change on January 3rd than myself. After the first meeting with myself and my counterpart, you told us you understood why we weren't successful and that it was due to lack of resources and support and that no one should be expected to succeed in that situation. You said that you were going to make changes, including changing the Halcyon Hospice name to Heart of Hospice as well as getting the contracts in place needed to gain business in this tough Atlanta market. Have you been able to accomplish either of those yet?*
>
> *The Atlanta market is tricky as it's in a non CON state with a high population and a plethora hospice companies to go with it. Not to mention the horrible reputation Halcyon has here in this "small" community of healthcare. In addition to no hospital contracts at all in Atlanta, we also have been unable to consistently provide all levels of care that Medicare requires for our patients since I've been here. We also have no GIP contracts in place and have been having trouble providing Respite care as well. Then there are the staffing issues to boot.*
>
> *As a rep with a hospice competitor before Halcyon, I was able to secure business weekly from my Emory Hospitals, and some of my SNF's AND our HH partner. I was able to secure some business with my Emory's and even my main SNF after coming on board with Halcyon and in addition, I built a great relationship with a PCM over at Georgia HH getting referrals weekly. I didn't know it but when my Emory sources found out I was with Halcyon, business began drying up and all I have*

> *been able to get is IPU patients which I have had to try and convert to home hospice patients which my numbers reflect.*
>
> *A nurse, who is no longer with us, had an incident in my main SNF with the ED and got irate with her and that business immediately dried up, not to mention, they owned two SNF's in my territory. The PCM with GA HH resigned in spring of 2021 and since then, I haven't seen one referral come through from them and I've continued trying to maintain a relationship with the new PCM and continue with the ED as well. I haven't been able to get business from SNF's in my area because they won't give us a contract either.  This why I have had to focus mainly on my MD's to try and drum up business for a PPG that is difficult at best with the types of obstacles I'm facing.  As I did my research, I asked previous reps and current reps if anyone in this market has ever hit their PPG consistently before I came and the answer was no, and if at all.*
>
> *As a "troop on the ground" when I don't have the needed resources, it's like sending me to a gunfight with a knife.  My track record here is definitely not reflective of my abilities.  I have achieved Rookie of The Year and Rep of the year for multiple companies in multiple sectors of Healthcare and exceeded my goals numerous months.  I also have certificates and hardware as proof.*
>
> *I am the biggest cheerleader anyone can have when they are moving the needle forward with effective change and will give 100% support.  I am also the biggest critic when they don't follow through on promises made.  Since I am a little older than you I have been at this for some time, corporate America that is.*
>
> *I believe the changes mentioned above can be accomplished, I also believe it takes hard work on everyone's part, not just AE's and not just words that sound great.  Understanding Atlanta takes getting to know the AE's, organically, and what they truly need to be successful and putting time in to truly grasp hold of how great Atlanta can be if you can truly provide the basic resources needed in my humble opinion.*
>
> *So in closing, my question to you, John, is…  Are you ready to roll up your sleeves and dive in and get dirty and walk alongside us and lead by example or are you just focused on making yourself "look great" to your superiors and not fostering any real change at all?  The law of reciprocity is alive and well, choose wisely!*
>
> *Thank you kindly!"*

I never received a response that day or the next regarding the letter, from John Bell, by phone, text or email.  On February 8, 2022 Chevelle, my manager called me and asked me to meet her in the office but I explained to her that I was too far out so she said first thing Wednesday, February 9, at 9am.  I began to get the feeling that John Bell may have instructed her to terminate me due to the letter I sent to the group the previous day, in retaliation.  I decided to email HR and express my feelings about the possibility of termination to Kellie Foreman, the HR specialist.  The email was as follows:

> *"Afternoon Kellie,*
>
> *I recently received an email, text and voice-mail from my manager, all this afternoon.  Based on that, it feels as if I am possibly being terminated.*
>
> *If I am correct, I would like to meet with you to discuss my feelings and thoughts on the matter.  I feel that it is in retaliation to my email on 2/7/22 since I signed a CAP on 2/7/22, sent an email asking about some answers to simple questions and now my manager has left multiple messages to meet with her?*

> *If I am correct in all of that, I would actually prefer to meet with both you and John since my direct manager has nothing to do with any of this.*
>
> *I look forward to your response...*
>
> *Thank you kindly!"*

Kellie told me she would be presenting along with John Bell on Wednesday morning and not Chevelle. That email was as follows:

> *"Good afternoon Larry!*
>
> *Thank you for your email.*
>
> *John and I will be present for the scheduled meeting with Chevelle tomorrow morning at 9 am.*
>
> *Thanks,*
>
> *Kellie"*

When I arrived on Wednesday morning, Kellie was on MS Teams, John was on the phone via speaker and Chevelle was sitting behind the desk. Kellie greeted me and began talking and said this meeting was inform me that I was being terminated effective immediately due to poor judgment in sending out an email to our entire group. It was against company policy per Kellie. I ask for her to help me understand what the policy was and what poor judgment was but she said several times to email her if I had any questions. She wouldn't let me ask any questions and concluded the meeting after reciting what my last payouts were going to be and when to expect them. When a white counterpart was terminated not long before me she was able to ask questions, get explanations and was told specifically why she was being terminated. I was not afforded the same opportunity and respect.

I sent Kellie an email on the day of my termination, which was 2/9/22, asking her to explain my termination as she instructed and I have not received an email from her yet as of today, February 17, 2022.

That email was as follows:

> *"Okie dokie. I'm not sure as to why I'm being asked to meet in the office. I signed the CAP that Chevelle presented to me and I understand what it entails.*
>
> *If this is in reference to the letter I sent to our group on Monday, please help me to understand what the problem with it was?*
>
> *I asked questions that haven't been answered regarding resources that I need to be successful in a tough market. I have asked these question for some time without answer. I wasn't unprofessional and the content was for the entire group as we all are apart of the change(s) taking place and face similar issues. The same individuals on the email I sent are on the text thread where I asked the same question in less derail just last week without a meeting in the office?*
>
> *So if that is what we're meeting about, please help me understand why that is?*
>
> *Thank you kindly!"*

I am the only black male, age 56 in the office. Monthly sales goals have not been attained by any sales rep in the state of GA consistently since my start in July of 2020. I asked questions about our Medicare non-compliance in our office and additional resources that had been promised for support and I was terminated but my co-workers remain employed and had not hit their goals as of my date of termination.

I feel that I have been discriminated against due to Retaliation, Sex, Age and Race.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW ,Suite 4R30
Atlanta ,Georgia ,30303
(470) 531-4761
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/17/2022

**To:** Larry Bobo
316 Harmony Ct.
ALPHARETTA, GA 30004

Charge No: 410-2022-03226

EEOC Representative and email:      Jane Suk
Investigator
jane.suk@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-03226.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Atlanta District Office**
100 Alabama Street, SW ,Suite 4R30
Atlanta ,Georgia ,30303
(470) 531-4761
Website: www.eeoc.gov

On Behalf of the Commission

Digitally signed by Daniel E. Nance
Date: 2022.03.18 13:12:27 -04'00'

*Daniel E. Nance*  For

Darrell Graham
District Director

Cc:
Kellie Foreman
Human Resources Director for Heart of Hospice
Halcyon Hospice
2000 River Edge Parkway Suite 940
Sandy Springs, GA 30328
Kellie.foreman@lhcgroup.com

Please retain this notice for your records.