## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LARRY BOBO,<br>    Plaintiff(s),<br><br>vs.<br><br>LHC GROUP, INC. d/b/a Halcyon Hospice,<br>    Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-CV-1743-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 21st day of August, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/D. Burkhalter
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 21, 2023
Kevin P. Weimer
Clerk of Court

By:   s/D. Burkhalter
         Deputy Clerk